FILED

2017 JAN 23  AM 11:40

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:17-cr-2-FtM-99HAM

JAMES BENJAMIN JONES

18 U.S.C. § 245(b)(2)(C)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 26, 2016, in the Middle District of Florida,

**JAMES BENJAMIN JONES**,

the defendant, by threat of force did willfully intimidate and interfere with and attempt to intimidate and interfere with M.D.R., because of M.D.R.'s Muslim religion and because of M.D.R.'s enjoyment of employment by a private employer, when defendant **JAMES BENJAMIN JONES** threatened to harm M.D.R. if M.D.R. did not close his grocery store. The threats included the threatened use of a dangerous weapon, explosives and fire.

In violation of Title 18, United States Code, Section 245(b)(2)(C).

### COUNT TWO

On or about July 9, 2016, in the Middle District of Florida,

**JAMES BENJAMIN JONES**,

the defendant, did by threat of force did willfully intimidate and interfere with and attempt to intimidate and interfere with O.A.R., because of O.A.R.'s Muslim religion and because of O.A.R.'s enjoyment of employment by a private employer, when defendant **JAMES BENJAMIN JONES** threatened to harm O.A.R. if he did not close his grocery store.

In violation of Title 18, United States Code, Section 245(b)(2)(C).


A. LEE BENTLEY, III
United States Attorney

VANITA GUPTA
Principal Acting
Assistant Attorney General
Civil Rights Division

By: _____
Maura White
Trial Attorney, Criminal Section
U.S. Department of Justice, Civil Rights Division
Washington, D.C. 20530

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAMES BENJAMIN JONES, Defendant. | NO. CERTIFICATION FOR PROSECUTION |

## CERTIFICATION FOR PROSECUTION

I, Loretta E. Lynch, herby certify that in my judgment, prosecution of JAMES BENJAMIN JONES by the United States for violating Titles 18, United States Code, Section 245(b)(2)(C), on or about June 26, 2016 and July 9, 2016, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 245(a)(1).

Signed this 9th day of November, 2016.

LORETTA E. LYNCH
United States Attorney General