UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO: 2:17-cr-2-FtM-UAMRM

JAMES BENJAMIN JONES

_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 6.01(c)(12), and entered a plea of guilty to Counts One and Two of the Information (Doc. 2) pursuant to the terms of a plea agreement. Defendant waived the right to indictment, which waiver the Court confirmed and ratified in open court at the plea hearing. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Counts One and Two, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each Count. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the fourteen-day objection period to this Report and Recommendation. (Docs. 6, 8).

Respectfully **RECOMMENDED** in Fort Myers, Florida on February 8, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties