UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 2:17-cr-2-FtM-38MRM

JAMES BENJAMIN JONES

| Judge: | Sheri Polster Chappell | Counsel for Government | Jesus Casas Maura White |
|---|---|---|---|
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | Christopher Brown |
| **Court Reporter** | Lori Bundy | **Pretrial/Probation** | Janet Zuk |
| **Date/Time** | June 19, 2017 at 11:00 AM | **Interpreter** | N/A |

## Sentencing

Start Time:   11:00 AM  Court convenes. Jesus Casas, AUSA, and Maura White, AUSA, appeared on behalf of the Government.  Christopher Brown, Esq., appeared on behalf of the Defendant. Defendant is present.  Court reviews the presentence report.  The parties do not have objections to the factual accuracy of the presentence report.  Defense counsel has one objection and it is addressed with the court.  The Government provides a response to the defendant's objection.  The Court denies the defendant's request to subtract the 3 points for the victim related adjustment.

The Court advises the defendant of the advisory guideline range.

The victim, Omar Abedrabbo, provides a statement to the court.  Witness sworn.

The Government indicates the second victim presented a letter and it was made part of the probation file.

The defendant makes a statement on his behalf.  Defendant sworn.

Defense counsel makes an argument for a sentencing variance.

The Government makes an argument for the imposition of sentence and addressed the proposed terms and conditions of probation.

The defendant does not oppose the recommendations of the government relating to the terms and conditions of probation.

For the reasons stated on the record, the court grants the request for a variance and imposes the following sentence:

**PROBATION:**

The Defendant is hereby sentenced to a term of **3 years** on each count to run concurrent.

*Special conditions of Probation:*

The Defendant shall cooperate in the collection of DNA.

The defendant shall participate in a substance abuse evaluation and follow the probation officer's instructions regarding the implementation of this court directive.

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.

The defendant shall submit to a search of his person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.

The mandatory drug testing requirements of the Violent Crime Control Act are imposed.

The defendant shall have no contact with the victims and their places of business.

**SPECIAL ASSESSMENT** of $125.00 due immediately.

Court advises the defendant of his rights to appeal.

Court advised the defendant to meet with the US Probation office upon recess.

Court adjourned.

End Time:   11:42 AM